**Carlos E. CUELLAR, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2007–3074.

United States Court of Appeals, Federal Circuit.

Feb. 26, 2007.

ON MOTION

*ORDER*

Upon consideration of Carlos E. Cuellar's motion for reconsideration of the court's February 1, 2007 order dismissing his petition for review for failure to pay the docketing fee, the docketing fee now having been paid,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated. Cuellar's brief is due within 30 days of the date of filing of this order.

**George F. STARR, Jr., Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2007–3105.

United States Court of Appeals, Federal Circuit.

Feb. 27, 2007.

George F. Starr, Jr., pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.